**STATE of Missouri, Appellant,**

v.

**Wayne C. SLEDD, Respondent.**

**No. WD 46273.**

Missouri Court of Appeals,
Western District.

March 9, 1993.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction for possession of crack cocaine, § 195.202, RSMo Cum.Supp.1991, and sentence of one year.

The judgment is affirmed. Rule 30.25(b).